

FILED
CLERK, U.S. DISTRICT COURT

APR 1 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>PAUL DWYER GRENNAN,<br><br>              Defendant. | NO.: CR 8:05-CR-00039-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by this United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1   released under 18 U.S.C. § 3142(b) or (c).  This finding is

2   based on his failure to proffer any bail resources to meet his

3   burden on this issue.

4        and

5   B.   (X)  The defendant has not met his burden of establishing by

6   clear and convincing evidence that he is not likely to pose a

7   danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is

9   based on his criminal history and the allegations in the

10  Petition.

11       IT THEREFORE IS ORDERED that the defendant be detained pending

12  the further revocation proceedings.

14  DATED:  April 16, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2